UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LEE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIE MYER, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-0136 CKD P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On February 27, 2019, the court screened plaintiff's complaint, as the court if required to do under 28 U.S.C. § 1915A(a), and dismissed with leave to amend. Plaintiff has now filed an amended complaint.

　　　　The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

　　　　In his amended complaint, plaintiff, as he did in his original complaint, seeks documents related to him from the Juvenile Division of the Tulare County Superior Court and alleges he has been improperly denied the documents. However, plaintiff again fails to point to any facts

1

suggesting any violation of federal law. Accordingly, plaintiff fails to state a claim upon which relief can be granted and his amended complaint must be dismissed. The court will not grant leave to amend a second time as that appears futile.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case.

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's amended complaint be dismissed; and

2. This case be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 6, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi0136.frs